UST-31, 3-03
BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ 85064
(602) 283-4468

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| FORD, WILLIAM W. | ) | CASE NO. 09-01869-PHX-CGC |
| FORD, TERESA A. | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

BRIAN J. MULLEN, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | CHASE BANK USA<br>P.O. BOX 15145<br>WILMINGTON, DE 19850 | $0.78 |
| 5 | FIA CARD SERVICES, NA<br>BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>P.O. BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | $4.73 |

February 17, 2011                               /s/
    DATE                                       BRIAN J. MULLEN, TRUSTEE